UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| KIMBERLY BROWN, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO: 7:12-cv-00584 |
| NEW ENGLAND COMPOUNDING PHARMACY, INC. d/b/a NEW ENGLAND COMPOUNDING CENTER, | ) |
| and | ) |
| IMAGE GUIDED PAIN MANAGEMENT, P.C., d/b/a INSIGHT IMAGING ROANOKE, | ) |
| Defendants. | ) |

## NOTICE OF STAY BY REASON OF BANKRUPTCY

The defendant, New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center ("NECC"), hereby notifies the Court that NECC filed a voluntary petition under Chapter 11 of Title 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Massachusetts (Eastern Division) No. 12-19882-HJB. Pursuant to 11 U.S.C. § 362(a) all actions against NECC are stayed.

          Respectfully submitted,
          Defendant New England Compounding Pharmacy, Inc.
          By its Attorneys,

          /s/
          Rebecca S. Herbig
          Bowman and Brooke LLP
          1111 East Main Street, Suite 2100
          Richmond, VA  23219
          Telephone:  804.649.8200
          Facsimile:  804.649.1762
          E-mail:  rebecca.herbig@bowmanandbrooke.com

Date:   December 26, 2012

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of foregoing Notice of Stay by Reason of Bankruptcy was filed via CM/ECF on this 26th day of December, 2012, which will send a Notice of Electronic Filing (NEF) to the following:

    Russell W. Updike, Esquire
    Nolan R. Nicely, Jr., Esquire
    Jennifer K.M. Crawford, Esquire
    Wilson, Updike & Nicely
    228 North Maple Avenue
    P.O. Drawer 590
    Covington, Virginia 24426
    Telephone:    (540) 962-4986
    Facsimile:    (540) 962-8423
    *Counsel for Plaintiff*

    /s/
Rebecca S. Herbig (VSB No. 65548)
BOWMAN AND BROOKE LLP
1111 East Main Street, Suite 2100
Richmond, VA  23219
Telephone:    804.649.8200
Facsimile:    804.649.1762
rebecca.herbig@bowmanandbrooke.com
*Counsel for New England Compounding Pharmacy, Inc., d/b/a New England Compounding Center*